IN THE COMMONWEALTH COURT OF PENNSYLVANIA

IN RE: Senior Health Insurance          :
Company of Pennsylvania                  :
In Rehabilitation                        :     No. 1 SHP 2020


**O R D E R**

AND NOW, this 4th day of November, 2021, it is hereby ORDERED that the above-captioned opinion filed August 24, 2021, as amended on November 4, 2021, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be REPORTED.

_____
MARY HANNAH LEAVITT, President Judge Emerita